Sam Kaplan, Individually and as President of Moving Picture Machine Operators Union of Greater New York, Local No. 306, of International Alliance of Theatrical Stage Employes and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Respondent, v. William C. Elliott, Individually and as President of International Alliance of Theatrical Stage Employes and Moving Picture Machine

Operators of the United States and Canada, a Voluntary Association of More Than Seven Members, Appellant, and SAMUEL M. SIMON and Others, Intervenors, Respondents. SAMUEL I. ROSENMAN, GEORGE W. ALGER and PHILIP J. DUNN, Receivers, Respondents.*— Order entered March 8, 1933, modified by disallowing counsel fee, commissions and expenses, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The order entered April 26, 1933, affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.